**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-1348**

─────────

ANDREA G. BRIGGS,

Plaintiff - Appellant,

versus

ELEVATOR CONTROL CORPORATION (El Con); GORDON
R. ENGLAND, Secretary of the Navy; JOHN DOE,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
01-1213-CCB)

─────────

Submitted:  July 8, 2003              Decided:  July 24, 2003

─────────

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Andrea G. Briggs, Appellant Pro Se.  Warren D. Stephens, Samuel J.
DeBlasis, II, DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS,
L.L.P., Lanham, Maryland; Roann Nichols, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrea G. Briggs appeals the district court's orders granting Respondents' motions for summary judgment in her negligence action. We have carefully reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Briggs v. Elevator Control Corp., No. CA-01-1213-CCB (D. Md. Feb. 26, 2002 and Mar. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2